```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
----

PATRICK RADDEN KEEFE,
                    Plaintiff,                21 Civ. 5450 (JGK)

        - against -                           ORDER

FEDERAL BUREAU OF INVESTIGATION,
                    Defendant.
----

JOHN G. KOELTL, District Judge:

   The parties are directed to submit a Rule 26(f) report by August 20, 2021.


SO ORDERED.
Dated:   New York, New York
         August 9, 2021

                                    _____
                                         John G. Koeltl
                                    United States District Judge