UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK RADDEN KEEFE,

              Plaintiff,

    - against -                       21 Civ. 5450 (JGK)

FEDERAL BUREAU OF INVESTIGATION,      ORDER

              Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties should advise the Court regarding the status of this case by **December 10, 2021**.

SO ORDERED.

Dated:    New York, New York
            October 14, 2021

                                       John G. Koeltl
                                   United States District Judge