

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 3, 2024

**By ECF**
Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    *Keefe v. Federal Bureau of Investigation*, No. 21 Civ. 5450 (JGLC)

Dear Judge Clarke:

      This Office represents Defendant Federal Bureau of Investigation ("FBI") in the above-captioned action, which Plaintiff brings pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). I write on behalf of both parties, in accordance with the Court's order of July 17, 2023, ECF No. 27, to provide a status update.

      The FBI continues to process approximately 500 pages of potentially responsive documents each month and, as of today's date, has reviewed approximately 15,599 pages of records and released to Plaintiff 10,848 pages or portions of pages of non-exempt records.

      The parties will provide a further status update to the Court on or before December 2, 2024. We thank the Court for its consideration.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney for the
                      Southern District of New York
                      *Attorney for Defendant*

      By:     */s/ Mary Ellen Brennan*
                 MARY ELLEN BRENNAN
                 Assistant United States Attorney
                 86 Chambers Street, 3rd Floor
                 New York, New York 10007
                 Telephone: (212) 637-2652
                 E-mail: maryellen.brennan@usdoj.gov