

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 1, 2025

**By ECF**
Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

  Re: *Keefe v. Federal Bureau of Investigation*, No. 21 Civ. 5450 (JGLC)

Dear Judge Clarke:

  This Office represents Defendant Federal Bureau of Investigation ("FBI") in the above-referenced action, which Plaintiff brings pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). I write on behalf of both parties, in accordance with the Court's order of June 2, 2025, ECF No. 33, to provide a status update.

  The FBI continued to process approximately 500 pages of potentially responsive documents each month between the parties' last status report in June 2025 and the 43-day government shutdown that began on October 1, 2025. The FBI will resume making monthly productions on or before December 15, 2025.

  As of today's date, the FBI has reviewed approximately 22,000 pages of records and released to Plaintiff 14,426 pages or portions of pages of non-exempt records. There remain approximately 77,000 pages to review. At the current rate and without any narrowing of the FOIA request by Plaintiff, the FBI will be processing records in this matter for 13 more years. In light of the large volume of records, the parties are again discussing the possibility of narrowing the request.  If Plaintiff agrees to narrow the request, the parties will provide the Court with a revised timeline for production, on or before June 1, 2026, the date the next status report is due.

We thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Defendant*

By:     /s/ *Jessica F. Rosenbaum*
JESSICA F. ROSENBAUM
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2777
E-mail: jessica.rosenbaum@usdoj.gov